1  DANIEL J. BRODERICK, Bar #89424
   Federal Defender
2
   MARY M. FRENCH, Bar #126643
3  Supervising Assistant Federal Defender
   Designated Counsel for Service
4  801 I Street, 3rd Floor
   Sacramento, California 95814
5  Telephone: (916) 498-5700

6  Attorney for Defendant                          **OK/HAV**
   SMILEY ISIDRO JUAREZ
7

8

9              IN THE UNITED STATES DISTRICT COURT

10                FOR THE EASTERN DISTRICT OF CALIFORNIA

11

12 UNITED STATES OF AMERICA,       ) No. CR-S-06-0187 DFL
                                   )
13              Plaintiff,          )
                                   ) STIPULATION AND ORDER
14      v.                          ) CONTINUING STATUS CONFERENCE
                                   )
15 SMILEY ISIDRO JUAREZ, et al.,   )
                                   ) Date: August 10, 2006
16              Defendants.         ) Time: 10:00 a.m.
                                   ) Judge: Hon. David F. Levi
17 _____ )

18
        It is hereby stipulated between the parties, Mary Grad, Assistant
19
   United States Attorney, attorney for plaintiff, Mary M. French,
20
   attorney for defendant Smiley Isidro Juarez, Dina Lee Santos, attorney
21
   for defendant Sheena Patrice Avila and Candace A. Fry, attorney for
22
   defendant Ida Marie Martinez, that the Status Conference hearing date
23
   of June 29, 2006, is vacated and a new Status Conference hearing date
24
   of August 10, 2006 at 10:00 a.m. is hereby set.
25
        This continuance is requested because counsel for defendants are
26
   in the process of requesting and reviewing defendants' records and
27
   discovery, and, further, the parties are working on a resolution of the
28

1  matter.

2     It is further stipulated that the period from June 29, 2006
3  through and including August 10, 2006 should be excluded pursuant to
4  18 U.S.C. §3161(h)(8)(B)(iv) and Local Code T4 based upon continuity of
5  counsel and defense preparation.

6  Dated: June 28, 2006

7                                          Respectfully submitted,

8                                          DANIEL J. BRODERICK
                                           Federal Defender
9
                                           /s/ Mary M. French
10                                         _____
                                           MARY M. FRENCH
11                                         Supervising Assistant
                                           Federal Defender
12                                         Attorney for Defendant
                                           SMILEY ISIDRO JUAREZ
13
   Dated: June 28, 2006                    /s/ Mary M. French for
14                                         Candace A. Fry

15                                         _____
                                           CANDACE A. FRY
                                           Attorney for Defendant
16                                         IDA MARIE MARTINEZ

17 Dated: June 28, 2006                    /s/ Mary M. French for
                                           Dina Lee Santos
18                                         _____
                                           DINA LEE SANTOS
19                                         Attorney for Defendant
                                           SHEENA PATRICE AVILA
20

21

22 Dated: June 28, 2006                    MCGREGOR W. SCOTT
                                           United States Attorney
23

24                                         /s/  Mary M. French for
                                                Mary Grad
25                                         _____
                                           MARY GRAD
26                                         Assistant U.S. Attorney
                                           per telephonic authorization
27

28 //

Stip & Order as to 06-187                  2

**ORDER**

**IT IS SO ORDERED.**

Dated: 6/29/2006

_____
DAVID F. LEVI
United States District Judge