McGREGOR W. SCOTT
United States Attorney
MARY L. GRAD
Assistant U.S. Attorney
501 I Street, Suite 10-100
Sacramento, California  95814
Telephone:  916-554-2763

IN THE UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | CR. NO. S-06-187-DFL |
| | ) | |
| Plaintiff, | ) | MOTION AND ORDER |
| | ) | DISMISSING INDICTMENT |
| v. | ) | |
| | ) | |
| SMILEY JUAREZ, | ) | |
| | ) | |
| Defendant. | ) | |
| _____ | ) | |

The United States of America, by and through its undersigned attorney, Mary L. Grad, Assistant United States Attorney, respectfully requests that this Court dismiss without prejudice the above-captioned Indictment, filed April 27, 2006 against defendant SMILEY JUAREZ.

This motion is made pursuant to the provisions of Rule 48(a) of the Federal Rules of Criminal Procedure.

DATED: August 3, 2006                McGREGOR W. SCOTT
                                     United States Attorney


                                     By /s/ Mary L. Grad
                                     MARY L. GRAD
                                     Assistant U.S. Attorney

1

<u>O R D E R</u>

It is ordered that the above-captioned Indictment in CR-S-06-187 be and is hereby dismissed without prejudice against SMILEY JUAREZ.

DATED: 8/3/2006

_____
DAVID F. LEVI
United States District Judge